HAROLD HEALY, Respondent, v. NATHAN S. Moss et al., Appellants.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See post, p. 1077.]

EDGIE HERBERT, Appellant, v. ROCKWELL MANUFACTURING COMPANY et al., Respondents.—

No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

MARTIN H. HEROLD, Respondent, v. EUGENIA SILSTON et al., Appellants.—

The renewal note did not effect payment on the prior note, now sued upon, and the payee was, therefore, an owner and holder, entitled to sue and, on proper proof, entitled to recover thereon. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

MARIE D. HUBSCHER et al., Respondents, v. WALTER FASBENDER, Individually and as Supervisor of the Town of Huntington, et al., Defendants, and PETER C. GALLAGHER et al., Appellants.—

Leave to plead and serve anew within twenty days after entry of an order hereon is granted. The complaint fails to allege that the town has any right, title or interest in the subject lands that has been interfered with or injured. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.

In the Matter of PATRICIA BRAYTON, Respondent-Appellant, against WILLIAM KETCHAM, Appellant-Respondent.—

No opinion. Appeal of Patricia Brayton dismissed, without costs. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ.